IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRIENDS OF SCOTLAND, INC.,

Plaintiff,

v.

GEOFFREY SCOTT CARROLL,

Defendant.

No. C 12-01255 WHA

**ORDER REQUIRING SUPPLEMENTAL BRIEFING AND RESETTING HEARING DATE**

In this trademark action, defendant filed a Section 1404(a) motion to transfer. Plaintiff filed an opposition brief, and it objects to the new evidence included in defendant's reply.

Plaintiff has until February 12, 2013 to conduct depositions of defendant and his physician in New York. Each deposition will be three hours with one fifteen minute break. If a deposition is obstructed by an undue number of objections, this court will consider allowing additional depositions at defendant's expense. Both sides will file supplemental briefs not to exceed five pages by **FEBRUARY 26, 2013 AT NOON**. The new date for the hearing on defendant's motion will be **MARCH, 7, 2013 AT 8:00 A.M**.

**IT IS SO ORDERED.**

Dated: January 30, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE