IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRIENDS OF SCOTLAND, INC., | No. C 12-01255 WHA |
| Plaintiff, | |
| v. | **ORDER REGARDING DEPOSITIONS** |
| GEOFFREY SCOTT CARROLL, | |
| Defendant. | |

In this trademark action, defendant filed a Section 1404(a) motion to transfer. Plaintiff filed an opposition brief and objects to new evidence included in defendant's reply. To the extent below, the parties' request to modify the previously ordered deposition schedule is **GRANTED**.

Plaintiff has until March 8, 2013 to conduct depositions of defendant and his physician in New York. Each deposition will be three hours with one fifteen-minute break. If a deposition is obstructed by an undue number of objections, this court will consider allowing additional depositions at defendant's expense. The scope of the depositions and supplemental briefings is limited to defendant's medical condition that may limit his ability to travel. If properly limited to that topic, the depositions will not count toward the seven-hour limit as set by the Federal Rules of Civil Procedure. However, if plaintiff so chooses, it may use its normally allotted seven hours to cover defendant's medical condition and any other matter relevant to the merits of this action.

United States District Court
For the Northern District of California

Both sides will file supplemental briefs regarding defendant's medical condition by March 19, 2013. The new date for the hearing on defendant's motion will be held on March 28, 2013.

**IT IS SO ORDERED.**

Dated: February 11, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE